**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3467-16T4

NEW JERSEY DEPARTMENT
OF COMMUNITY AFFAIRS,
SANDY RECOVERY DIVISION,

      Petitioner-Respondent,

v.

JENNIFER CASEY,

      Respondent-Appellant.

_____

           Submitted October 24, 2018 – Decided  November 1, 2018

           Before Judges Nugent and Reisner.

           On appeal from the New Jersey Department of Community Affairs, Docket Nos. RSP0011478 and RRE0015031.

           Meyerson, Fox, Mancinelli & Conte PA, attorneys for appellant (John A. Conte, Jr., of counsel and on the briefs; Matthew M. Nicodemo, on the briefs).

           Gurbir S. Grewal, Attorney General, attorney for respondent (Melissa Dutton Schaffer, Assistant Attorney General, of counsel; Dominic L. Giova, Deputy Attorney General, on the brief).

PER CURIAM

The parties have advised us that this matter has been amicably settled between them and stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.[1]

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

---

[1] The motion to supplement the record, M-1249-18, is dismissed as moot.

A-3467-16T4